UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

ROBERT R. DiTROLIO, CLERK
167 North Main Street
Suite 242
Memphis, TN 38103
901-495-1200

03-20301

April 18, 2005

Cassandra Mann
4599 Mill Port Cove N.
Memphis, TN 38116

RE: Refund of Cash Appearance Bond

    Our records indicate that you have requested a refund of the cash appearance bond posted in case number 2:03cr20301. We will not be able to issue the refund at this time because:

☒ The defendant has not fully complied with the requirements of said bond and orders of this Court. Once defendant has reported for service of imposed sentence, motion may be renewed.

☐ Yours is not the name of the payee on the receipt.

    Please feel free to contact our office with any questions regarding this matter at the address or phone number listed above.

Robert R. Di Trolio,
Clerk of Court

BY: _____
Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20301 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT